IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TARA KENNEDY-KLINE

v.

CHARLES J. ORLANDO, individually
and d/b/a Loft 327, Inc.

CIVIL ACTION
NO. 17-611

### ORDER

**AND NOW**, this 19th day of March, 2018, upon consideration of the defendant's motion to dismiss for lack of personal jurisdiction and plaintiff's response thereto, it is hereby **ORDERED** that the motion [Doc. 5] is **DENIED** without prejudice.

Plaintiff shall file any further evidence in support of personal jurisdiction by no later than April 16, 2018.

BY THE COURT:

/s/ Jeffrey L. Schmehl
JEFFREY L. SCHMEHL, J.